AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT ELMORE<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 1:24-cr-47<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | 401 Courthouse Square<br>Alexandria, Virginia 22314 | Courtroom No.: | 801 |
|---|---|---|---|
| | | Date and Time: | 3/22/24 10:00 AM |

This offense is briefly described as follows:

18 USC § 875(c) - Threatening interstate communications

Date: 3/7/24

COPY

_____
Issuing officer's signature

D. VanMetre, Deputy Clerk
Printed name and title

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____

_____
Server's signature

_____
Printed name and title