# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 06/07/24  Judge: Hilton  Reporter: J. Egal
Time: 10:03am - 10:05am  Interpreter: _____
  Language: _____
  Probation Email: ____
  Jury Email: ____

## UNITED STATES OF AMERICA
v.

ROBERT ELMORE  1:24cr47
Defendant's Name  Case Number

Brittany Davidson  Patricia Haynes
**Counsel for Defendant:**  **Counsel for Government**

**Matter called for:**
[X] Arraignment  [ ] Pre-Indictment Plea  [ ] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Docket Call  [ ] Appeal (USMC)
[ ] Other _____
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[ ] Discovery Order  [ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indictment

**Arraignment & Plea:**
[X] WFA   [ ] FA   [X] PG   [ ] PNG   **Trial by Jury:** [X] Demanded   [ ] Waived
[X] __30__ Days to file Motions with Argument on __07/19/24__ at __10:00am__
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by  [ ] US  [ ] Deft
[ ] Order entered in open court         [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: __07/31/24__ at __10:00am__ for:
[X] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status

**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at:** $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [ ] Deft Released on Bond  [X] Deft Continued on Bond